UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

L.C.,

                                   Plaintiff,

        v.

WELDON MARC GILBERT,

                                   Defendant.

No.  C09-05586 FDB

ORDER GRANTING PARTIES'
STIPULATION TO EXTEND
DEADLINE FOR CR 26(A)
DISCLOSURES

        THIS MATTER having come on for hearing by the stipulation of the parties pursuant to CR 26(a)(1)(C) to extend the deadline for CR 26(a) disclosures and the Court having reviewed the parties' stipulation, it is hereby ORDERED that the deadline to submit CR 26(a) disclosures is extended from January 13, 2010 to January 30, 2010.

        DONE IN OPEN COURT this 12th day of  January , 2010.

                        _s/Pat LeFrois_____
                        Clerk for JUDGE FRANKLIN D. BURGESS

ORDER GRANTING PARTIES' STIPULATION TO
EXTEND DEADLINE FOR CR 26(A) DISCLOSURES – 1
CASE NO. 09-05586 FDB
C:\DOCUME~1\plefrois\LOCALS~1\Temp\notes3ADDC3\OrderProp-ExtTime-
122209.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305