1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| L.C.,<br><br>                    Plaintiff,<br><br>    v.<br><br>WELDON MARC GILBERT,<br><br>                  Defendant. | No. C09-05586 FDB<br><br>ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE FOR CR 26(A) DISCLOSURES TO FEBRUARY 26, 2010. |

THIS MATTER having come on for hearing by the stipulation of the parties pursuant to FRCP26(a)(1)(C) to extend the deadline for FRCP 26(a) disclosures and the Court having reviewed the parties' stipulation, it is hereby ORDERED that the deadline to submit FRCP 26(a) disclosures is extended from January 30, 2010, to February 26, 2010.

DONE IN OPEN COURT this 26th day of January, 2010.

                                        *s/Pat LeFrois*
                                        Clerk for JUDGE FRANKLIN D. BURGESS

ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE FOR CR 26(A) DISCLOSURES TO – 1
CASE NO. 09-05586 FDB
C:\DOCUME~1\plefrois\LOCALS~1\Temp\notes3ADDC3\OrderProp-ExtTime-012210.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305